# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRADLEY J. SOBOLIK, Trustee for the Next of Kin of Wendy J. Sobolik, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRIGGS & STRATTON CORPORATION; BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC; and SIMPLICITY MANUFACTURING, INC.,<br><br>Defendants. | Civil No. 09-1785 (JRT/RLE)<br><br>**ORDER** |

Jeffrey Hane, **BRINK SOBOLIK SEVERSON MALM & ALBRECHT, PA**, Post Office Box 790, Hallock, MN 56728; John Gehlhausen and Elisabeth Cortese, **JOHN GEHLHAUSEN, P.C.**, 22488 East Polk Drive, Aurora, CO 80016, for plaintiff.

James Haigh and David Wikoff, **COUSINEAU MCGUIRE CHARTERD**, 1550 Utica Avenue South, Suite 600, Minneapolis, MN 55416; Donald H. Carlson and James Niquet, **CRIVELLO CARLSON, S.C.**, 710 North Plankinton Avenue, Milwaukee, WI 53203, for defendants.

This matter is before the Court on the Stipulation of Dismissal filed by Plaintiff and Defendant Briggs & Stratton Corporation on August 23, 2010 [Docket No. 153].

**IT IS HEREBY ORDERED** Defendant Briggs & Stratton Corporation should be **DISMISSED WITH PREJUDICE**, each party to pay their own costs.

DATED: August 24, 2010　　　　　　　　　　____s/ John R. Tunheim____
at Minneapolis, Minnesota.　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　United States District Judge